No. 93–7615.  HESS v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 93–7617.  EBBOLE v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 93–7625.  DORSEY v. OREGON BOARD OF PAROLE.  C. A. 9th Cir.  Certiorari denied.

No. 93–7637.  BROWN v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 93–7656.  BELL v. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.  C. A. 8th Cir.  Certiorari denied.

No. 93–7661.  ORR v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 93–7664.  WHITLOCK v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 93–7666.  TUCKER v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 93–7667.  STEWART v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 93–7668.  WILLIAMS v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 93–7676.  QUEEN v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 93–7677.  MIRANDA v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 93–7683.  PHILLIPS v. MARYLAND DEPARTMENT OF ECONOMIC AND EMPLOYMENT DEVELOPMENT BOARD OF APPEALS.  C. A. 4th Cir.  Certiorari denied.

No. 93–7684.  LYNN v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 93–7687.  TERNES v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.